**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge JURADO–ENRIQUEZ, Defendant–Appellant.**

**No. 05–50931**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

Jorge Jurado–Enriquez, pro se.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jorge Jurado–Enriquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jurado–Enriquez has not filed a response. Our independent review of the record and counsel's brief shows that there is no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.